JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SOIL STABILIZATION & ASPHALT PULVERIZATION, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 12-1611-JFW (RNBx)<br><br>ASSIGNED TO THE HONORABLE JOHN F. WALTER<br><br>[~~PROPOSED~~] JUDGMENT |

///
///
///
///
///
///
///

- 1 -
[PROPOSED] JUDGMENT

677642

This action having been commenced on September 20, 2012, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Operating Engineers Pension Trust, et al., and against defendant Soil Stabilization & Asphalt Pulverization, Inc., a California corporation and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST shall recover from defendant SOIL STABILIZATION & ASPHALT PULVERIZATION, INC. the principal amount of $49,684.93, plus interest thereon at the rate of eight percent (8%) per annum, accruing from April 1, 2013 until the judgment is paid in full.

Dated: 6/19/14

_/s/ John F. Walter_
UNITED STATES DISTRICT JUDGE